```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ALLSTATE PROPERTY AND            :     CIVIL ACTION
CASUALTY INSURANCE CO.           :
                                 :
          v.                     :
                                 :
CHRISTOPHER SCHELLBERG,          :
et al.                           :     NO. 13-4609
```

                                ORDER

AND NOW, this 22nd day of April, 2014, upon consideration of the defendants' Motion to Dismiss (Docket No. 11), and the opposition and reply thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is GRANTED IN PART and DENIED IN PART as follows:

     1.   The motion is granted in that the Court will decline to exercise jurisdiction over this declaratory judgment action at this point in favor of the pending state court declaratory judgment action.  This case is STAYED and placed in CIVIL SUSPENSE pending resolution of the state court declaratory judgment action.

     2.   The motion is denied in that the Court will not, at this point, dismiss this case in its entirety.

```
                                   BY THE COURT:


                                   /s/ Mary A. McLaughlin
                                   MARY A. McLAUGHLIN, J.
```